AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

### DISTRICT OF DELAWARE

CRS, LLC, a Washington Limited
Liability Company,

      PLAINTIFF,

          v.

NAPSTER, LLC, a Delaware
Limited Liability Company,

      DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

      08 ‑ 476

TO:    Napster, LLC
        c/o Registered Agent
        The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Michael Busenkell, Bar No. 3933
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel. 302.252.4324

an answer to the complaint which is served on you with this summons, within __**20**__ ys after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default wi     inst you for the relief demanded in the complaint. Any answer that you serve on the parties t  h    with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

DATE    7/31/08

CLERK

By      DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>7/31/08 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify):    SERVED:  NAPSTER, LLC C/O THE CORPORATION TRUST CO.  1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/31/08
_____
Date

_____
*Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.