IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-476-SLR |
| | ) |
| NAPSTER, LLC, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel for the defendant in the above action.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888

*Attorneys for Defendant*

Dated:  August 25, 2008

{00236572;v1}