IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-476-SLR |
| | ) | |
| NAPSTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant must answer, move, or otherwise respond to the complaint in the above action is extended through and including September 24, 2008.


| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | ASHBY & GEDDES |
|---|---|
| */s/ Michael Busenkell* | */s/ Steven J. Balick* |
| _____ | _____ |
| Michael Busenkell (I.D. #3933) | Steven J. Balick (I.D. #2114) |
| James M. Lennon (I.D. #4570) | John G. Day (I.D. #2403) |
| A. Martina Tyreus (I.D. #4771) | Lauren E. Maguire (I.D. #4261) |
| 222 Delaware Avenue, Suite 1501 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-252-4320 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | 302-654-1888 |
| | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

{00236564;v1}