

WOMBLE
CARLYLE
SANDRIDGE
& RICE

A PROFESSIONAL LIMITED
LIABILITY COMPANY

222 Delaware Avenue
Wilmington, DE 19801

www.wcsr.com

AnnaMartina Tyreus
Attorney
Direct Dial: (302) 252-4328
Fax: (302) 252-4330
E-mail: Mtyreus@wcsr.com

September 5, 2008

**VIA E-FILING**
The Honorable Sue L. Robinson
United States District Court for
The District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *CRS LLC v. Turner Broadcasting System Inc.,* Case No. 1:08-cv-00127 (GMS);
*CRS LLC v. Napster LLC,* Case No. 1:08-cv-00476 (SLR); and *CRS LLC v. Bittorrent Inc.,* 1:08-cv-00477 (SLR)

Dear Judge Robinson:

    We represent Plaintiff CRS LLC in the above-captioned matters.   On July 30, 2008, we filed two cases (*CRS LLC v. Napster LLC,* Case No. 1:08-cv-00476 and *CRS LLC v. Bittorrent Inc.,* 1:08-cv-00477), which were assigned to Your Honor.   At the time of filing, we mistakenly did not relate these two cases to a case previously filed on March 4, 2008 in the District Court of Delaware, *CRS LLC v. Turner Broadcasting System Inc.,* Case No. 1:08-cv-00127.   The *Turner Broadcasting System* case is currently before Judge Sleet.   We also note that a case filed April 8, 2008, *CRS LLC v. Reflexive Entertainment Inc.,* Case No. 1:08-cv-00200-SLR, was also related but mistakenly not so indicated.  This case was settled before any responsive filings were made.

    We are simultaneously notifying Judge Sleet's chambers and we will await for the Court's response on how to proceed.

    Please do not hesitate to contact me if you have any questions.  Thank you.

Respectfully Submitted,

AnnaMartina Tyreus

cc:  Steven J. Balick, Esq. by ECF (Counsel for Napster LLC)
     Anne Shea Gaza, Esq. by ECF (Counsel for Bittorrent Inc.)
     William J. Wade, Esq. by ECF (Counsel for Bittorrent Inc.)