IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-476-GMS |
| | ) | |
| NAPSTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATED ORDER**

WHEREAS, the parties in the above action have reached an agreement in principle to settle this matter, and are in the process of drafting the documentation necessary to memorialize and implement their settlement; and

WHEREAS, the parties previously submitted a stipulation seeking to extend the deadline for submission of the joint claim chart for two weeks (D.I. 38);

WHEREAS, despite their best efforts at drafting the necessary settlement documentation, the parties require an additional two weeks to finalize the paperwork;

WHEREAS, the parties wish to avoid expending any further resources on the litigation while they work on drafting the necessary settlement documentation, which they anticipate having finished by November 6, 2009; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which (i) the final joint claim chart is due is extended through and including November 2, 2009 and (ii) the parties' opening claim construction briefs are due is

{00345784;v1}

extended through and including November 6, 2009. All other deadlines in this case shall remain unchanged.

| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | ASHBY & GEDDES |
|---|---|
| /s/ *Gerard M. O'Rourke* | /s/ *Lauren E. Maguire* |
| Michael Busenkell (I.D. #3933) <br> Gerard M. O'Rourke (I.D. #3265) <br> James M. Lennon (I.D. #4570) <br> A. Martina Tyreus (I.D. #4771) <br> 222 Delaware Avenue, Suite 1501 <br> Wilmington, DE 19801 <br> 302.252.4320 | Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. #2403) <br> Lauren E. Maquire (I.D. #4261) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> 302-654-1888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2009.

_____
Chief Judge